```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 43806
   STAN HARDIN
   BETTY HARDIN                                CHAPTER 13

                                               JUDGE: MANUEL BARBOSA
         Debtor
   SSN XXX-XX-0134      SSN XXX-XX-8651
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/04/05 and confirmed on 12/08/05.

    2.  The case was dismissed after confirmation, 07/19/2007.

    3.  The Debtor paid a total of $  81068.23 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIFINANCIAL AUTO | UNSECURED | 23351.68 | .00 | .00 |
| US BANK NATL ASSOC | CURRENT MORTG | 69891.81 | .00 | 69891.81 |
| US BANK NATL ASSOC | MORTGAGE ARRE | 64578.73 | .00 | 65.00 |
| ORCHARD ESTATES | SECURED | 3030.08 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | SECURED | 4471.50 | .00 | 4471.50 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | 4525.83 | .00 | .00 |
| CINGULAR | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 644.89 | .00 | .00 |
| PINNACLE CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | 456.68 | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL BNK/BN | CURRENT MORTG | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 498.15 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 759.78 | .00 | .00 |

             Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 146497.95 | .00 | 25711.18 | .00 | 172209.13 |
| PRINCIPAL PAID | 74428.31 | .00 | .00 | .00 | 74428.31 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 74428.31 | .00 | .00 | .00 | 74428.31 |

The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $  2700.00
and was paid $   2700.00 .

The Trustee received $   3188.69 .

Refunds to the Debtor totaled $      751.23 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 10/10/07                           /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 43806 STAN HARDIN & BETTY HARDIN